AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

SHREE R. WADE, a married person,

v.

PREMERA BLUE CROSS, a corporation, and KERRY LUCIANI, an individual

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-217-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Defendants. The Plaintiff's claims in the above-captioned action are DISMISSED WITH PREJUDICE and without costs to either party.

January 4, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer